FLORENCE ULLMAN BRESLAV, Suing as a Stockholder of New York and Queens Electric Light and Power Company on Behalf of Herself and All Other Stock-

holders Similarly Situated, Appellant, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 181.] The following question is certified: Does the complaint state facts sufficient to constitute a cause of action? Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.